# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

154962 (27)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AMBRIKO PLATER,
      Defendant-Appellant.

SC: 154962
COA: 333742
Wayne CC: 90-007532-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

t0209